UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY LEE LEWIS,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

Case No. C04-5706RBL

ORDER DENYING PETITIONER'S MOTION TO AMEND WRIT OF *HABEAS CORPUS*

    This matter is before the Court on petitioner's motion to amend writ of *habeas corpus*. (Dkt. #8). The Court, having reviewed petitioner's motion and the balance of the record, hereby finds and ORDERS:

    On February 16, 2005, the court ordered plaintiff to file by no later than March 18, 2005, an amended petition for writ of *habeas corpus* naming a proper respondent and showing that his grounds for federal relief have been properly exhausted in state court, or show cause why this matter should not be dismissed. (Dkt. #5). On April 5, 2005, the court granted petitioner's motion for a sixty-day continuance (Dkt. #6), and ordered him to file his amended petition by no later than June 5, 2005. (Dkt. #7).

    Petitioner filed his motion to amend writ of *habeas corpus* on June 7, 2005, in which he responded to the court's order to show cause. Petitioner, however, was required to respond to the court's order <u>by filing an amended petition</u>, which he did not do. Accordingly, petitioner's motion (Dkt. #8) is DENIED.

    Nevertheless, the court shall grant petitioner one more chance to cure the deficiencies in his petition by filing by **no later than July 14, 2005**, an amended petition naming a proper respondent and showing that his grounds for federal relief have been properly exhausted in state court. If petitioner fails to file an

ORDER
Page - 1

1  amended petition by the above date, the court will recommend dismissal of this matter.

2  The Clerk shall send a copy of this Order to petitioner.

3  DATED this 14th day of June, 2005.

Karen L. Strombom
United States Magistrate Judge